JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY RODGERS-VEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 19-2785-MWF (JPR)<br><br>**J U D G M E N T** |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing the decision of the Commissioner is DENIED; (2) the Commissioner's request for an order affirming his final decision and dismissing the action is GRANTED; and (3) judgment is entered affirming the Commissioner's decision and dismissing this action with prejudice.

DATED: January 28, 2021

                                        MICHAEL W. FITZGERALD
                                        U.S. DISTRICT JUDGE